**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

FILED
U.S. Bankruptcy Court
JUN 13 2022
Middle District of Georgia

IN RE:                                    Bankruptcy Case No. 22-40229

                    DEBTOR(S)            Adv. Proceeding No. 22-4003

**ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS**

PLAINTIFF    Shereen R. Greene

DEFENDANT    Rocket Mortgage

**CERTIFICATE OF SERVICE OF**
**SUMMONS IN A BANKRUPTCY CASE**

I, Shereen R Greene, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on [date] _____ by:

[X] Mail Service: Regular, first class U.S. Mail, postage fully pre-paid, addressed to:

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[X] Publication: The defendant was served as follows: [Describe briefly] Ledger Enquirer Legal Notice IPL00769080 June 9, 2022 @ 4:15pm

[ ] State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

6/10/2022
Date

_____
Signature

Print name, business address, city, state and zip code:
Rocket mortgage c/o Rubin Lublin LLC
3145 Avalon Ridge Pl, Ste 100
Peachtree Corners, Ga 20071
877-812-0992

# United States Bankruptcy Court
## Middle District of Georgia

| | | |
|---|---|---|
| In re: Shereen R. Greene <br> Debtor | : | Case No. 22-40229 |
| Shereen R. Greene <br> Plaintiff | : | Chapter: 13 |
| v. | : | |
| Quicken Loans, Inc. <br> Defendant | : | Adv. Proc. No. 22-4003 |

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING

To: Rocket Mortgage

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:
**U.S. BANKRUPTCY COURT, 433 CHERRY ST., P. O. BOX 1957, MACON, GA 31202**

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney
Shereen R. Greene
1318 21st Street
Columbus, GA 31901

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Room |
|---|---|
| United States Bankruptcy Courtroom, <br> 901 Front Avenue <br> One Arsenal Place <br> Columbus, GA 31902 <br> You may attend Hearing Telephonically by calling 888-684-8852 and enter 8196200 when prompted for participation code | |
| | Date and Time <br> 7/21/2022 @ 10:00 am |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

s/ Kyle George

Kyle George, Clerk
U.S. Bankruptcy Court

Issued: 06/08/2022