# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA

Plaintiff Shereen R Greene, Pro Se Defendant

-v-

Quicken Loans, Inc., et al

Bankruptcy Case No. ___22-40229___   Adv Proceeding Case No ___22-04003___

## MOTION FOR EXTENSION OF TIME FOR SECTION 341 CREDITORS MEETING and HEARING SCHEDULED FOR JULY 2022

PURSUANT TO RULE 6(b) OF THE FEDERAL RULES OF CIVIL PROCEDURE:

I, Shereen R. Greene as Pro Se Plaintiff/Bankruptcy Defendant, Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, state the following:

1. Dates set for Creditors Meeting and Hearing are too fast for me to have time to properly prepare as I do not have a staff of persons to help with what I am charged to do alone. This is a time-consuming process that can't be handled correctly in that terrifically small amount of time. Also,
2. I have come into a severe delay in my ability to tend to this matter due to the death of my only brother, Rexell Hart, Jr. He is currently on life support at Northside Hospital, Atlanta. The doctors say there is no more to be done for him as he is at 10-percent functional organ capacity and in 90-percent multi-organ failure. He was homeless and had no life insurance, so donations are needed to help his only daughter produce enough funds to have him at least cremated. She is a single mother with three children and working a minimum wage job out of town. None of his family members were or are rich people, but this task is for his next of kin regardless. He left this world, sadly under tragic and uncontrollable circumstances and without funds to take care of his final expenses.

The Plaintiff and Defendant, Pastor Shereen R Greene, prays this Bankruptcy Court grant a 30-day Extension, or up until August 5 for the Section 341 Creditors meeting and asks that the Pre-Trial Hearing scheduled for July 28 be moved to the end of August or first week of September so we can have time to properly grieve my only brother and help my niece, his only child, to make end of life decisions for her father. He would have reached the age of 60 in October.

Respectfully submitted,

/s/ Shereen R. Greene, Plaintiff/Defendant Pro Se