# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHEREEN R. GREEN, ) | CASE NO. 22-40229 |
| ) | |
| Debtor. ) | CHAPTER 13 |
| ) | |
| SHEREEN R. GREEN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ADVERSARY PROCEEDING |
| ) | NO.: 22-04003 |
| QUICKEN LOANS, INC., ROCKET ) | |
| MORTGAGE, LLC, and QUICKEN ) | |
| LOANS, LLC, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that Kathleen G. Furr of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., enters her appearance as counsel for Defendant Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., defendant in the above proceeding. Pursuant to Bankruptcy Rule 2002, Ms. Furr requests that her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

> Kathleen G. Furr, Esq.
> Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
> 3414 Peachtree Road, NE, Suite 1500
> Atlanta, GA 30326
> KFurr@BakerDonelson.com

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of

any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

This 22nd day of June 2022.

> BAKER, DONELSON, BEARMAN,
> CALDWELL & BERKOWITZ, P.C.
>
> */s/ Kathleen G. Furr*
> Kathleen G. Furr
> Georgia Bar No. 589008
> 3414 Peachtree Road, NE, Suite 1500
> Atlanta, Georgia  30326
> Tel:  404.577.6000
> Fax:  404.221.6501
> KFurr@BakerDonelson.com
>
> *Counsel for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 22, 2022, a true and correct copy of the within and foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** was electronically filed with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties consenting to service through the Court's CM/ECF system and case and all of the other following persons and entities via U.S. Mail:

Shereen R. Greene
1318 21st Street
Columbus, GA 31901
*Pro Se* Plaintiff

Jonathan W. DeLoach
Office of The Chapter 13 Trustee
P. O. Box 1907
Columbus, GA 31902
Counsel for U.S. Trustee

This 22nd day of June 2022.

*/s/ Kathleen G. Furr*
Kathleen G. Furr
Georgia Bar No. 589008

*Counsel for Defendant*